**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Enrique Portilla Guevara
                    Plaintiff,

v.                                       Case No.: 1:25−cv−12283
                                            Honorable Thomas M. Durkin

Kristi Noem
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: The amended petition for habeas relief [15] is granted in part and continued in part, and the petition for habeas relief [1] is denied as moot. Because Petitioner is being detained at the Clay County Detention Center, Sheriff Brison Swearingen is added as a respondent. *See Trump v. J.G.G.,* 604 U.S. 670, 672 (2025); *Rumsfeld v. Padilla,* 542 U.S. 426, 442 (2004). Within five days, Respondents must either afford the Petitioner a bond hearing before an immigration judge or release him from custody under reasonable conditions of supervision. For the reasons explained by numerous other courts in this district, the Court hereby finds that: (1) 8 U.S.C. §§ 1252(a)(2)(B)(ii), 1252(b)(9), and 1252(g) do not deprive this Court of jurisdiction to review the petition; and (2) § 1225(b)(2)'s mandatory detention provision does not apply to the Petitioner, but rather § 1226(a) applies and entitles him to a bond hearing before an immigration judge. *See, e.g., Reyes Arizmendi v. Noem et al.,* No. 25 C 13041, 2025 WL 3089107 (N.D. Ill. Nov. 5, 2025) (Pallmeyer, J.); *Flores v. Olson et al.,* No. 25 C 12916, 2025 WL 3063540 (N.D. Ill. Nov. 3, 2025) (Gettleman, J.); *Cortes v. Olsen et al.,* No. 25 C 6293, 2025 WL 3063636 (N.D. Ill. Nov. 3, 2025) (Kennelly, J.); *Valencia v. Noem et al.,* No. 25−CV−12829, 2025 WL 3042520 (N.D. Ill. Oct. 31, 2025) (Rowland, J.); *Corona Diaz v. Olson et al.,* No. 25 C 12141, 2025 WL 3022170 (N.D. Ill. Oct. 29, 2025) (Shah, J.); *Miguel v. Noem et al.,* No. 25 C 11137, 2025 WL 2976480 (N.D. Ill. Oct. 21, 2025) (Alonso, J.); *H.G.V.U. v. Smith et al.,* No. 25−cv−10931, 2025 WL 2962610 (N.D. Ill. Oct. 20, 2025) (Coleman, J.); *Ochoa Ochoa v. Noem et al.,* No. 25−cv−10865, 2025 WL 2938779 (N.D. Ill. Oct. 16, 2025) (Jenkins, J.). Furthermore, Petitioner claims that he is entitled to immediate release because his arrest allegedly violated the Fourth Amendment, other federal regulations, the Administrative Procedure Act, and a consent decree entered in *Castanon Nava v. DHS,* 18−cv−3757 (N.D. Ill.). Given the Court's order for Respondents to either afford Petitioner a bond hearing or release him from custody, the Court does not reach these remaining claims at this time. The parties are directed to file a status report by 11/19/2025, stating whether the bond hearing was held and describing the status of the Petitioner's continued detention or release from custody. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.